CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 16 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ADAM NICHOLAS CASEY, )
    Plaintiff, )
)
v. ) Civil Action No. 7:14-cv-00714
) Hon Robert S. Ballou
Central Virginia Regional Jail,) U.S. Magistrate Judge
    et al, ) 28 U.S.C. § 1915(g).
    Defendant(s). )

INFORMATION REQUESTED FOR IN FORMA PAUPERIS
REQUESTED INFORMATION PARAGRAPH (5) OF THE ORDER
GIVEN ON DECEMBER 31st

    Comes Now, Adam Nicholas Casey, filing pro se and a federal prisoner, notifying this Honorable Court that the Plaintiff has requested to proceed In Forma Pauperis one previous time, and it was in the 4th Circuit, Harrisonburg Division, Civil Action No. 7:09-cv-00298 and/or 2009 U.S. Dist. Court LEXIS 63805 and it was shown as being frivolous on July 24, 2009. This was a case where the plaintiff had enormous difficulties with getting his daughter to the Thompkins Children Hospital and the Shrinner's Children Hospital and the Judge was part of the frustrations plaintiff had to deal with and the plaintiff later attempted to seek monetary relief for the adverse actions, and came to find there is only one circumstance when a judge is liable and that is when a judgment is made without no jurisdiction.

    That is the only time I submitted a Civil Suit and requested In Forma Pauperis.

    On July 16, 2014, Honorable Glen E. Conrad, U.S. Cheif Judge mistakenly converted a "Friendly Suit", that plaintiff never submitted to teh U.S. District Courts, into a 42 § 1983 suit

erroneously compelling a supposed benefit and citing 28 U.S.C. § 1915(e) and Eriline Co. v. Johnson, 440 F. 3d 648, 656-57 (4th Cir. 2006).

Thus, I never submitted a Civil Suit in any U.S. District Court with regards to Honorable Francis Urbanski, U.S. District Court Judge, which granted the Honorable Glen E. Conrad the jurisdiction to compel the purposed benifit, with regards to any case law or U.S. Code.

Plaintiff had requested the In Forma Pauperis one time, but if the court would review the case law stated in paragraph one of this notice, the Judge never accepted the grant and did not even mention the motion, and never comminicated any debt therefor.

Also, just to give full disclosure of all cases, plaintiff also requested a Injunction pursuant to 42 U.S.C. § 1983 and 28 U.S.C. 2241 with regards to his conditions of confinement, please reference 2009 U.S. Dist. LEXIS 82858, where also no In Forma Pauperis was granted and the Magistrate Judge erroneously thought by good faith mistake, now that I see it in the eyes of wisdom, with the fact that I was still incarcerated when he determined that I was not.

Thus, notification is given and Plaintiff hopes this is all the information that is needed, and if more is needed please send notification of such, please.

Respectfully submitted on this the 12th day of January, 2015.

*Adam Casey*
Adam Nicholas Casey 11762-084
FCI - Allenwood
P.O. Box 2000
White Deer, PA 17887

2