UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
ROANOKE, VA
FILED
JAN 29 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

ADAM NICHOLAS CASEY,
  Plaintiff,

v.                           Civil Action No. 7:14-cv-00714
                             Hon. Robert S. Ballou
CENTRAL VIRGINIA             U.S. Magistrate Judge
REGIONAL JAIL, et al.,
  Defendants.

## NOTIFICATION OF INCOME FOR THE MONTH OF JUNE 2014

COMES NOW, Adam Nicholas Casey, filing pro se and a state inmate, Notifying this Honorable Court in reference to the request given on January 20th, 2015, via ORDER, in section (3) thereof, which states:

"... Plaintiff submitted an inmate account report with statements however it was incomplete and only included a few months from one place of incarceration. The Court has since then received statements from two other facilities which include the Albermarle/Charlottsville Regional Jail and the Rockingham Regional Jail however plaintiff is still missing the month of June, 2014. To request authorization to pay the fee

1

authorization to pay the fee in installments from his inmate trust account, pursuant to the requirements of 28 U.S.C. § 1915(a)(2), plaintiff must return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the month of June, 2014..."

Thus, plaintiff declares that during the month of June, 2014, that he was employed by "Appleton Electrict" based out of Front Royal, VA 22630, and he made $15.00 per hour and worked 40 hours a week. (Please Ref: Financial Affidavit/Request To Proceed In Forma Pauperis, Docket #4 on Docket Sheet, paragraph #1 filed on 12-31-2014.)

The plaintiff would like to also appollogize for any confussion he may have created by marking "NO" on the "STATEMENT OF ASSETS" in that he made a Good Faith Mistake as with regards to Section 2 question of "Have you received any money in the last twelve months from the following sources? ... Profession..." The apperrant "Mistake" being he was employed during the months of January thru May, 2014, by "Century Termite and Pest", and in June upto July 13, 2014, by "Appleton Electrict".

Plaintiff has five (5) children dependent upon him and his Lady, the Mother of his children, so six (6) dependants total.

Also, the plaintiff's children were receiving SNAP, which is a Food Assistance program provided by the State Virginia.

The plaintiff respectfully request to be granted the right to make payments of the filing fee and move forward with the suit based on the facts above and the other information given.

NOTE: The plaintiff will be sending copies of his W2s from Century Termite and Pest and Appleton Electric as soon as he receives them, he made $15.00 per hour at both businesses. If any additional Information is needed, please inquire.

Respectfully Submitted on this the 26th day of January, 2015.

_Adam Casey_
Adam N. Casey
RSW Regional Jail
6601 Winchester Road
Front Royal, VA 22630

3