

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADAM NICHOLAS CASEY,<br>    Plaintiff, | Civil Action No. 7:14-cv-00714 |
| v. | **FINAL ORDER** |
| CENTRAL VIRGINIA REGIONAL<br>JAIL, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motions to amend (ECF Nos. 30, 33) are **GRANTED** in part to dismiss any claim against Orange County and are **DENIED** in part as to all other requests; Orange County is **TERMINATED** as a defendant; Superintendent Aylor's motion to dismiss is **GRANTED**; claims against defendants Central Virginia Regional Jail, Medical Officers, and Other Unknown Officers are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any state law claim is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 10th day of December, 2015.

                                              Senior United States District Judge